UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| CAMILLE MCCULLOUGH and MELANIE MONROE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF COUNTIES; NACO RESEARCH FOUNDATION; NACO FINANCIAL SERVICES CORP.; NACO FINANCIAL SERVICES CENTER; and NATIONWIDE RETIREMENT SOLUTIONS, INC.,<br><br>Defendants. | Case No. 6:10-cv-1600-Orl-22DAB |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiffs, Camille McCullough and Melanie Monroe, and Defendants, National Association of Counties, NACo Research Foundation, NACo Financial Services Corp., NACo Financial Services Center, and Nationwide Retirement Solutions, Inc., have settled all matters between them in this action. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that no further case or controversy exists and all of the claims asserted by Plaintiffs against all Defendants are dismissed with prejudice. Each party shall bear its own costs.

SO JOINTLY STIPULATED this 26th day of March, 2012, by Counsel for all Parties who have appeared in this action as follows:

By: /s/ *Michael A. Caddell*
Michael A. Caddell (Pro Hac Vice)

Michael A. Caddell
Texas State Bar No. 03576700
S.D. Tex. Bar No. 7426
Cynthia B. Chapman (Pro Hac Vice)
Texas State Bar No. 00796339
S.D. Tex. Bar No. 20614
Craig C. Marchiando (Pro Hac Vice)
Texas State Bar No. 24046347
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
mac@caddellchapman.com

Curtis B. Miner
Florida Bar No. 0885681
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
curt@colson.com

*Counsel for Plaintiffs*

By: /s/ *H. Douglas Hinson*
H. Douglas Hinson

H. Douglas Hinson
Alston & Bird, LLP
1201 W Peachtree St. NE, Suite 4200
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: doug.hinson@alston.com

*Counsel for Defendants National Association of Counties, NACo Research Foundation, NACo Financial Services Corp., and NACo Financial Services Center*

By: /s/ *David W. Bowker*
David W. Bowker

David W. Bowker
Wilmer Hale, LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 663-6000
Fax: 202/663-6363
Email: david.bowker@wilmerhale.com

*Counsel for Defendant Nationwide Retirement Solutions, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically send a Notice of Electronic Filing to the following Counsel of Record:

Griffith J. Winthrop, III
Roberto Santoni
Alvarez, Sambol, Winthrop & Madson, PA
100 S. Orange Ave., Suite 200
Orlando, FL 32801
Phone: (40) 210-2796
Fax: (407) 210-2795
Email: gjw@aswpa.com

H. Douglas Hinson
Alston & Bird, LLP
1201 W Peachtree St. NE, Suite 4200
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777
Email: doug.hinson@alston.com

Emily Seymour Costin
Alston & Bird, LLP
The Atlantic Building
950 F Street, NW #1
Washington, DC 20004-1404
Phone: (202) 756-3300
Fax: (202) 239-3333
Email: emily.costin@alston.com

Charles C. Platt
Wilmer Hale, LLP
399 Park Ave
New York, NY 10022-4871
Phone: (212) 230-8800
Fax: (212) 230-8888
Email: charles.platt@wilmerhale.com

David W. Bowker
Wilmer Hale, LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Phone: (202) 663-6000
Fax: 202/663-6363
Email: david.bowker@wilmerhale.com

John Patrick Marino
Lindsey R. Trowell
Fowler White Boggs
50 N. Laura St., Suite 2800
Jacksonville, FL 32202
Phone: (904) 598-3100 ext: 3120
Fax: 904/598-3131
Email: jmarino@fowlerwhite.com
Email: lindsey.trowell@fowlerwhite.com

By: /s/ *Craig C. Marchiando*
Craig C. Marchiando